## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRUCO LIFE INSURANCE COMPANY** | **CIVIL ACTION** |
| **v.** | **NO.** |
| **TT&H WAREHOUSE, CO. INC.;** | **SECTION** |
| **CHRISTINA TEEKEL as Succession** | |
| **Representative of the Estate of** | **JUDGE** |
| **Rodney Y. Teekel, Deceased** | **MAGISTRATE** |

### PRUCO LIFE INSURANCE COMPANY'S
### COMPLAINT IN INTERPLEADER

Plaintiff, Pruco Life Insurance Company ("Pruco"), by and through its undersigned counsel, for its Complaint in Interpleader pursuant to Federal Rules of Civil Procedure 22 and 67 and 28 U.S.C. §1332, alleges as follows:

### PARTIES

1.      Pruco is an insurance company organized and existing under the laws of the State of Arizona with its principal place of business in New Jersey.  Pruco is duly authorized to do business in the State of Louisiana.

2.      Upon information and belief, Rodney Y. Teekel (the "Insured") was an adult citizen of Walker, Louisiana and was domiciled in Livingston Parish, Louisiana.

3.      Upon information and belief, TT&H Warehouse, Inc. ("TT&H") is a company organized and existing under the laws of the State of Louisiana with its principal place of business in Louisiana.

4.      Upon information and belief, an action to administer the Estate of Rodney Y. Teekel was commenced in the 21st Judicial District Court of Louisiana for the Parish of

Livingston, and Christina Teekel, surviving spouse of the Insured, was appointed Succession Representative of the Estate.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction under Title 28 U.S.C. §1332 because the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.  Pursuant to Title 28 U.S.C. §1332(c)(1) Pruco is a citizen of New Jersey for diversity purposes and Defendants are citizens of Louisiana.

6.     Venue is proper in this federal district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district. Venue is also proper in this Court pursuant to 28 U.S.C. § 1397 because one or more of the claimants resides in this judicial district.

## CAUSE OF ACTION IN INTERPLEADER

7.     On or about March 28, 2007, Pruco issued term life insurance policy number "L4 335 705" to "TT&H" as owner of the policy and which provided coverage on the life of the Insured ("the Policy").  *A copy of the Policy is attached hereto as **Exhibit 'A'.***

8.     By life insurance application dated April 18, 2007, TT&H was designated as sole primary beneficiary of the Policy.  *A copy of the Application for Life Insurance dated April 18, 2007 is attached hereto as **Exhibit 'B'.***

9.     Upon information and belief, the Insured died on June 17, 2018.  *A copy of the Certificate of Death is attached hereto as **Exhibit 'C'.***

10.     As a result of the death of the Insured, policy proceeds in the amount of $250,000 became payable to a beneficiary or beneficiaries (the "Death Benefit") and liability is conceded to that effect.

2

11.     By Life Insurance Claim Form dated July 19, 2018, Thomas Teekel in his capacity as President of TT&H, asserted a claim to the Death Benefit on behalf of TT&H.  *A copy of the Life Insurance Claim Form dated July 19, 2018 is attached hereto as* ***Exhibit 'D'.***

12.     By facsimile to Pruco dated June 29, 2018, counsel for the Estate of the Insured (the "Estate") requested that Pruco cease and desist from paying out the Death Benefit  and produce documentation relating to the policy. *A copy of the letter dated June 29, 2018 from counsel for the Estate is attached hereto as* ***Exhibit 'E'.***

13.     By facsimile to Pruco dated July 16, 2018, counsel for the Estate again requested that Pruco cease and desist from paying out the Death Benefit and produce documents.  *A copy of the letter dated July 16, 2018 from counsel for the Estate is attached hereto as* ***Exhibit 'F'.***

14.     On or about July 26, 2018, a *Subpoena Duces Tecum* was issued in Probate Action No. 16882 Div. A (the "Probate Action") which was commenced in the 21st Judicial District of the Parish of Livingston on behalf of the Estate to Prudential Financial (as parent company of Pruco), in which the Estate sought "[a]ny and all documents including, but not limited to, applications for insurance, claims on insurance policies, life insurance policies, change of beneficiary forms, correspondence, personal notation, e-mails, invoice(s), receipt(s), photographs, videos, or other document(s) or records which are in any way related to Decedent, Rodney Young Teekel." *A copy of the Subpoena Duces Tecum is attached hereto as* ***Exhibit 'G'.***

15.     Pruco objected to the *Subpoena Duces Tecum* on the basis that the *Subpoena* was deficient.

16.     On or about September 20, 2018, counsel for TT&H wrote to Prudential Financial, Inc. (as parent company of Pruco) demanding payment of the Death Benefit on behalf

of TT&H.  *A copy of the letter from counsel for Thomas Teekel dated September 20, 2018 is attached hereto as **Exhibit 'H'**.*

17.    By letter dated February 13, 2019, counsel for the Estate claimed that the signature on the Policy did "not match any known signature of the Decedent, Rodney Young Teekel, and is a forgery."  In support of the claim of forgery, counsel for the Estate submitted an affidavit of Christina Teekel in her capacity as Independent Administrator of the Estate and the Insured's surviving spouse.  *A copy of that letter dated February 13, 2019 and the Affidavit of Christina Teekel are attached hereto as **Exhibit 'I'**.*

18.    There have been no other claims for the Death Benefit.  Under the circumstances, Pruco cannot determine factually or legally who is entitled to the Death Benefit.  By reason of the actual or potential claims of the interpleading defendants, Pruco is or may be exposed to multiple liability.

19.    Pruco is ready, willing, and able to pay the Death Benefit, plus applicable claim interest, if any, in accordance with the terms of the Policy to whomever this Court shall designate.

20.    As a mere stakeholder, Pruco has no interest (except to recover its attorneys' fees and cost of this action) in the Death Benefit and respectfully requests that this Court determine to whom this should be paid.

21.    Accordingly, Pruco seeks to deposit into the Court the Death Benefit, plus claim interest, if any, for disbursement in accordance with the judgment of this Court.

22.    Pruco has not brought this Complaint in Interpleader at the request of any of the Defendants.  There is no fraud or collusion between Pruco and any of the Defendants.  Pruco brings this Complaint of its own free will and to avoid being vexed and harassed by conflicting and multiple claims.

**WHEREFORE**, Pruco prays that the Court enter judgment:

(a)     requiring the Defendants to answer this Complaint in Interpleader and litigate their claims between themselves for the Death Benefit;

(b)     enjoining the Defendants from instituting or prosecuting any proceeding in any state or United States court affecting the Death Benefit and/or the Policy;

(c)     requiring that the Defendants settle and adjust between themselves, or upon their failure to do so, this Court settle and adjust the claims and determine to whom the remaining Death Benefit should be paid;

(d)     permitting Pruco to deposit the amount of the Death Benefit, plus applicable claim interest, if any, into the Court or as this Court otherwise directs to be subject to the order of this Court and to be paid out as this Court shall direct;

(e)     discharging Pruco from any and all further liability to Defendants relating in any way to the Policy and/or the Death Benefit upon payment of the Death Benefit into the Registry of this Court or as otherwise directed by this Court;

(f)     awarding Pruco its attorneys' fees and costs in their entirety; and

(g)     awarding Pruco any other and further relief that this Court deems just and proper.

Dated: February 26, 2019.

Respectfully submitted,

Judy L. Burnthorn (#17496)
Andrew J. Baer (#35638)
Matthew T. Biggers (#103325)
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  504 581 5141

jburnthorn@deutschkerrigan.com
abaer@deutschkerrigan.com
mbiggers@deutschkerrigan.com

**Attorneys for Plaintiff,**
  *Pruco Life Insurance Company*